JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 13-03117 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **MANUEL RODRIGUEZ, et al.** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Efren Gonzalez, individually and doing business as Birrieria Lupita #2, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Efren Gonzalez, individually and doing business as Birrieria Lupita #2, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

///

///

///

1      IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: April 22, 2016

_____
William Keller
United States District Judge

- 2 -